# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 1947 | **DATE** | 5/3/2007 |
| **CASE TITLE** | United States of America vs. Jason D. Davis | | |

**DOCKET ENTRY TEXT**

After a careful review of this recently filed Section 2255 petition to vacate, set aside or correct sentence, in light of the relevant criminal docket 03 CR 805-1, said petition is dismissed with prejudice for failure to establish any constitutional violation. Petitioner was sentenced by this Court to a three year sentence for agreed multiple violations of his supervised release (See Attachment). Petitioner's federal sentence was expressly made consecutive to his state sentence and did not violate the double jeopardy clause.

Docketing to mail notices.
MAIL AO450



| | Courtroom Deputy Initials: | RO |
|---|---|---|